80 A.3d 371

IN THE MATTER OF ANTHONY P. MONZO, AN ATTORNEY
AT LAW (ATTORNEY NO. 034011986).

December 5, 2013.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–060, concluding that **ANTHONY P. MONZO** of **CAPE MAY COURTHOUSE,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.8 (conflict of interest: business transactions with current clients), and good cause appearing;

It is ORDERED that **ANTHONY P. MONZO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.